UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK        Attorney: LEVY RATNER, P.C.

---

YNES M. GONZALEZ DE FUENTE, ETAL

                                                    Plaintiff(s)

                         - against -

PREFFERRED HOME CARE OF NEW YORK LLC, ETAL

                                                 Defendant(s)

Index # 1:18-CV-06749-AMD-PK

Purchased November 27, 2018

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

MOHAMED HUSSEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 17, 2018 at 11:29 AM at

946 MCDONALD AVE.
BROOKLYN, NY 11218

deponent served the within SUMMONS AND COMPLAINT on EDISON HOME HEALTH CARE therein named.

       BY LEAVING A TRUE COPY WITH PAULA "SMITH", BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 45 | 5'9 | 180 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

946 MCDONALD AVE.
BROOKLYN, NY 11218

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 18, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.

Sworn to me on: December 18, 2018

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | **MOHAMED HUSSEIN** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 2047473 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 708549 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045