# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| YNES M. GONZALEZ DE FUENTE, MARIYA KOBRYN, and IVAN KOBRYN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>PREFERRED HOME CARE OF NEW YORK LLC, EDISON HOME HEALTH CARE, HEALTHCAP ASSURANCE, INC., BERRY WEISS, SAMUEL WEISS, DOES 1-15, Inclusive,<br><br>　　　　　　Defendants. | Case No. 18-CV-6749 AMD-PK |

## STIPULATION AND PROPOSED ORDER
## EXTENDING TIME TO FILE RESPONSIVE PLEADING

Plaintiffs Ynes Gonzalez de Fuente, Mariya Kobryn, and Ivan Kobryn ("Plaintiffs") and Defendants Preferred Home Care of New York LLC, Edison Home Health Care, Berry Weiss, and Samuel Weiss, by and through their respective undersigned counsel, hereby stipulate and agree that the above-named Defendants shall have an extension up to and including February 6, 2019, to file their responsive pleading to Plaintiffs' Complaint.

No provision of this Stipulation and Order shall be construed as a waiver of, and the above-named Defendants expressly reserve, any and all defenses.

These has been no previous request for extension of time in connection with this matter.

Dated:  January 4, 2019                                                  Respectfully Submitted:

/s/ Daniel Feinberg                                                           /s/ Peter Godfrey
Daniel Feinberg (*pro hac vice*)                                 Peter Godfrey
Catha Worthman (*pro hac vice*)                               HODGSON RUSS LLP
FEINBERG JACKSON WORTHMAN & WASOW LLP   605 Third Avenue, Suite 2300
2030 Addison Street, Suite 500                                   New York City, NY 10158
Berkeley, CA  94704                                                    Telephone: (212) 751-4300
Telephone: (510) 269-7998                                          pgodfrey@hodgsonruss.com
dan@feinbergjackson.com
catha@feinbergjackson.com                                       *Counsel for Defendants Preferred Home Care of New York LLC, Edison Home Health Care, Berry Weiss, and Samuel Weiss*

Laureve Blackstone
Ryan Barbur
LEVY RATNER, P.C
80 Eighth Avenue
New York, New York 10011
(212) 627-8100
lblackstone@levyratner.com
rbarbur@levyratner.com


*Counsel for Plaintiffs*



APPROVED AND ORDERED BY THE COURT:


_____ on the ___ of January, 2019
Hon. Ann Marie Donnelly
United States District Judge

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 7th day of January, 2019, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules on Electronic Service upon on all CM/ECF users.

          Respectfully submitted,

          */s/ Peter Godfrey*
          Peter Godfrey
          HODGSON RUSS LLP
          605 Third Avenue, Suite 2300
          New York City, NY 10158
          Telephone: (212) 751-4300
          pgodfrey@hodgsonruss.com

          *Counsel for Defendants Preferred Home Care of*
          *New York LLC, Edison Home Health Care, Berry*
          *Weiss, and Samuel Weiss*