# UNITED STATES DISTRICT COURT
# EASTERN DISCTRICT OF NEW YORK

_____

YNES M. GONZALEZ DE FUENTE, MARIYA KOBRYN, and IVAN KOBRYN, individually and on behalf of all others similarly situated,

   Plaintiffs,

v.

PREFERRED HOME CARE OF NEW YORK LLC, EDISON HOME HEALTH CARE, HEALTHCAP ASSURANCE, INC., HEALTHCAP ENTERPRISES, LLC, BERRY WEISS, SAMUEL WEISS, MARK REISMAN, GREGG SALZMAN, SHAYA MANNE, DANIEL ELLENBERG, AMIR ABRAMCHIK, DOV FEDER, DOES 1-15, Inclusive,

   Defendants.
_____

Case No. 18-cv-6749-AMD-PK

## NOTICE OF APPERANCE

**PLEASE TAKE NOTICE**, that the undersigned attorney hereby appears on behalf of newly-named defendants Mark Reisman, Avraham (Shaya) Manne, Daniel Ellenberg, and Gregg Salzman in the above-captioned matter, and hereby requests service of all subsequent written communications, pleadings, notice, or other papers in this matter.

Dated: May 20, 2019

         ALSTON & BIRD LLP

         By */s/ Emily. S. Costin*
          Emily S. Costin

         The Atlantic Building
         950 F. Street, NW
         Washington, D.C. 20004-1404
         Tel: (202) 239-3695
         Fax: (202) 239-3333
         Emily.costin@alston.com

*Attorneys for Preferred Home Care of New York LLC, Edison Home Health Care, Berry Weiss, Samuel Weiss, Mark Reisman, Gregg Salzman, Avraham (Shaya) Manne, and Daniel Ellenberg*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2019, the foregoing document was filed with the clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rule on Electronic Service upon all CM.ECF users.

ALSTON & BIRD LLP

By */s/ Emily. S. Costin*
    Emily S. Costin

The Atlantic Building
950 F. Street, NW
Washington, D.C. 20004-1404
Tel: (202) 239-3695
Fax: (202) 239-3333
Emily.costin@alston.com

*Attorneys for Preferred Home Care of New York LLC, Edison Home Health Care, Berry Weiss, Samuel Weiss, Mark Reisman, Gregg Salzman, Avraham (Shaya) Manne, and Daniel Ellenberg*