
**Peter C. Godfrey**
Partner
Direct Dial: 716.848.1246
Direct Facsimile: 716.819.4675
pgodfrey@hodgsonruss.com

June 19, 2020

**VIA ECF**

The Honorable Ann M. Donnelly
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 4GN
Brooklyn, New York 11201

Dear Judge Donnelly,

>  Re:   *Gonzalez de Fuente, et al. v Preferred Home Care of New York, LLC., et al.*, Case No. 1:18-cv-06749-AMD-PK
>          Notice of Supplemental Authority

We, along with Alston & Bird, are counsel to Defendants, Preferred Home Care of New York, LLC, Edison Home Health Care, Berry Weiss, Samuel Weiss, Mark Reisman, Shaya Manne, Daniel Ellenberg and Gregg Saltzman (collectively "Defendants"). We submit this letter to advise the Court of a potentially important legislative development relevant to the Defendants' pending motion to dismiss the New York Wage Parity Act claim (Count V) in Plaintiffs' Amended Complaint.

Specifically, on or about April 3, 2020, the State of New York enacted legislation amending the Wage Parity Act, New York Public Health Law Section 3614-c ("WPA"). This amendment, *inter alia*, adds subsection 5-a to now (Defendants believe for the first time and on a prospective basis only) prohibit reversion of dollars intended to be used for the benefit portion of the WPA to home health care agency employers or related persons or entities "as a refund, dividend, profit, or in any other manner." The alleged reversion of health insurance monies is at the core of Plaintiffs' WPA claim.

As the Court is aware, Defendants believe that the U.S. Supreme Court's recent ruling in *Thole v. U.S. Bank* requires the dismissal of Plaintiffs' ERISA claims (*see* Dkt. 82), and in such event, the Court has indicated its intent to decline exercise of supplemental jurisdiction over the WPA claim. (See Dkt. 80, n. 3). Nonetheless, were the Court to determine it would be helpful for the Defendants to submit supplemental briefing to address the import of the recent WPA amendment on Plaintiffs' WPA claim, we would be more than happy to so.

> Respectfully,
>
> Peter C. Godfrey

cc: All Counsel of Record (via ECF)