UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
YNES M. GONZALEZ DE FUENTE, MARIYA
KOBRYN, and IVAN KOBRYN, individually and
on behalf of all others similarly situated,

                                Plaintiffs,

   v.

PREFERRED HOME CARE OF NEW YORK LLC,
EDISON HOME HEALTH CARE, HEALTHCAP
ASSURANCE, INC., HEALTHCAP ENTERPRISES
LLC, BERRY WEISS, SAMUEL WEISS, MARK
REISMAN, GREGG SALZMAN, SHAYA MANNE,
DANIEL ELLENBERG, AMIR ABRAMCHIK,
DOV FEDER, DOES 1-5, inclusive,

                                Defendants.
---------------------------------------------------------------X

JUDGMENT

18-cv-06749 (AMD) (PK)

       A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on October 9, 2020, granting the defendants' motion to dismiss this action; it is

       ORDERED and ADJUDGED that the defendants' motion to dismiss this action is granted.

Dated: Brooklyn, NY
      October 13, 2020

                                              Douglas C. Palmer
                                              Clerk of Court

                                              By: _/s/Jalitza Poveda_
                                                     Deputy Clerk