UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YNES M. GONZALEZ DE FUENTE, MARIYA
KOBRYN, and IVAN KOBRYN, individually and on
behalf of all others similarly situated,

                                      Plaintiffs,

      -against-

PREFERRED HOME CARE OF NEW YORK LLC,
EDISON HOME HEALTH CARE, HEALTHCAP
ASSURANCE, INC., BERRY WEISS, SAMUEL WEISS,
DOES 1-15, Inclusive,

                                      Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEAL**

No. 18-cv-06749 (AMD) (PK)

      Notice is hereby given that Plaintiffs Ynes M. Gonzalez de Fuente, Mariya Kobryn, and Ivan Kobryn, in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's Amended Order & Judgment [ECF 88] entered in this action on the 27th day of October, 2020, dismissing claims two, three, four, and five of the Plaintiffs' amended complaint with final judgment entered on the 24th day of November, 2020 [ECF 91].

Dated: November 24, 2020
       New York, New York

                                                      LEVY RATNER, P.C.

                                                      _/s Laureve Blackstone_
                                     By:   Laureve Blackstone
                                              Ryan Barbur
                                              Attorneys for Plaintiffs
                                              80 Eighth Avenue Floor 8
                                              New York, New York 10011

(212) 627-8100
(212) 627-8182 (fax)
lblackstone@levyratner.com

FEINBERG, JACKSON,
　WORTHMAN & WASOW LLP

*/s Catha Worthman*
Catha Worthman
Dan Feinberg
Attorneys for Plaintiffs
2030 Addison Street, Suite 500
Berkeley, California 94704
(510) 269-7998
catha@feinbergjackson.com

1112-000-00001: 11184336

2